IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

DARWIN BROWN                                                                    PLAINTIFF

VS.                                                        CIVIL ACTION NO. 3:08cv774-JCS

DR. ROCHELLE WALKER, et al.                                              DEFENDANTS

## FINAL JUDGMENT

In accordance with this court's opinion and order, judgment is entered in favor of Defendants, and Plaintiff's claims are hereby dismissed as frivolous pursuant to 28 U.S.C. § 1917(e)(2)(B)(i).

SO ORDERED AND ADJUDGED, this the 21st day of July, 2009.

/s/ James C. Sumner
UNITED STATES MAGISTRATE JUDGE